20.423-38.39

EX PARTE

ISMAEL. Padilla

PETITIONER.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

IN The; 203Rd Judicial district court of Dallas county; Dallas, Texas. IN ReFRENCE TO cause cases; F82-90256 And, F83-88766. The STATE oF Texas

MOTION DISMISSED
DATE: 8-27-15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

VS.

The STATE oF Texas
RESPONDENT.

"Motion oF request FoR Texas court of appeal oF Austin, Tx., Rule on 11.07 writs."

I

The PETITIONER submitted his 11.07 hebeas corpus writs dated: 2/18Th/2014 And 3/12Th/2014 iNTO The TRIAL court stated Above inreFRenced.

II

ON May 5Th/2014; The PETITIONER submitted TWO (2) MOTIONS oF request FoR The Texas court oF criminal appeal court To interven, hear And Rule on, PETITIONER's motions, 11.07 hebeas corpus writs. The TRIAL court And The Texas court oF criminal appeals courts; "Have had adequate Time To Rule on such said writs And have Failed To Respond." "As PROFESSIONAL; License ATTORNIES, The STATE ATTORNIES FoR These courts have, VioLated The PETITIONER's

(sixth amendment right to counsel.). These courts have also violated the petitioner's right to adequate representation, regardless of innocence or guilt(y); see Miranda, V. Clark Co., 319 F. 3d. 465 (9th Cir. 2003),

To have his writs heard, and ruled on as required by the petitioner's U.S. Constitutional right and Laws of the United States Constitution see, 5th, 6th, 8th, 9th, 10th, 13th and, 14th amendments, requirements

To due process and equal protection to the Laws. Failure to disclose evidence(s); Brady, V. Maryland, 83. S.CT, 1194, 373, U.S. 83.; "Right to access to exculpatory evidences see, Mathis, V. Eldridge, 4-24 U.S. 319 (1976).

## III

Because, The STATE's license, professional attornies having, experience, knowledge of the Laws and, cases and, refusing to respond and give equal protections to the Laws, to the pro se, indigent petitioner, The petitioner will give the STATE of Texas and its courts, (15) fifteen working days to respond to this motion of request for the Texas court of appeals to obtain, review and rule on said, motion, state above in refrenced failure to respond, the petition may proceed to U.S.

Federal court on appeal, Thank you!"

Mr. Ismael Hernandez, Padilla 356764.,
C. Copy!"
08/ 19Th /2015

"Verification; Declaration and Affidavit."

I; Ismael. H. Padilla #356764. Do Honorably swear. That an; "Motion of Request for; Texas court of criminal appeals court of Austin, Texas. Rule on 11.07, Writs." Was sent to; The Dallas county courthouse and; Texas court of Appeals in Austin, Texas. Addressed to At: 133 N. Riverfront Blvd., LB-19, Dallas, TX, 75207-4399. And; P.O. Box 12308; Capitol Station. Austin, TX, 78711. Mailed Through; Boyd Unit and its U.S. postal service mail room. On 21st day of August, 2015. "Do Honorably swear under penalty of perjury That [All] information is True and correct, /28 U.S.-C.A.), Thank you!"

Mr. Ismael Hernandez, Padilla #356764.
200 Spur 913,
Teague, TX, 75860.            C. copy!"